# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEXINGTON INSURANCE COMPANY, A DELAWARE CORPORATION,
          Appellant,

vs.

TURNBERRY TOWERS, L.P., F/K/A MADISON TOWERS, L.P., A NEVADA LIMITED PARTNERSHIP,
          Respondent.

No. 74378

**FILED**

MAR 0 5 2018


ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
      Herold & Sager/Las Vegas
      Goodkin & Lynch, LLP
      Gerald I. Gillock & Associates
      Eighth District Court Clerk

18-08514